O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EDWARD V. HERNANDEZ,<br><br>      Petitioner,<br><br>      v.<br><br>RALPH M. DIAZ, Warden,<br><br>      Respondent. | No. ED CV 13-00230-JGB (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: April 9, 2014

                                              JESUS G. BERNAL<br>
                                    United States District Judge